Debtor 1    **Lucille Marie Baker**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern    District of Washington
(State)

Case number: 10-03809-PCW13

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 9,200.84 |
| Claimant's Name: | Adams & Cohen, LLC as Assignee of Lucille Marie Baker |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P O Box 24048<br>Jacksonville, FL 32241<br>Telephone : 904-204-9148<br>Email: admin@adamscohen.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Eastern__ District of __Washington__
920 W Riverside Ave. #300
Spokane, WA 99201

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 19, 2021

Signature of Applicant

Jairo Camargo for Adams & Cohen, LLC
Printed Name of Applicant

Address: Adams & Cohen, LLC
P O Box 24048
Jacksonville, FL 32241

Telephone: 904-204-9148

Email: admin@adamscohen.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

### 6. Notarization
STATE OF __FLORIDA__
COUNTY OF __DUVAL__

This Application for Unclaimed Funds, dated __JAN. 19, 2021__ was subscribed and sworn to before me this __19th__ day of __January__, 20__21__ by __JAIRO CAMARGO__
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires: _____

Oslenys B Alba
Comm. # GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

### 6. Notarization
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

# ASSIGNMENT AGREEMENT

This Assignment Agreement ("Agreement") is entered into on this 17Th day of January, 2021 by and between **Lucille Marie Baker**, 14015 N 94th Street, Apt. 2037, Scottsdale, AZ 85260 ("Assignor") and **Adams & Cohen, LLC**, a Florida Limited Liability Company, 841 Prudential Drive, Suite 1200, Jacksonville, FL 32207 ("Assignee").

1. Assignor is/ was a creditor in a Bankruptcy Case filed in the United States Bankruptcy Court of the Eastern District of Washington. In his/ her capacity as creditor, Assignor was entitled to a distribution of funds in the amount of **$9,200.84** ("Funds"), which remittance was attempted by the Trustee at the Assignor's last known address. Such remittance was never negotiated, however, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee remitted the funds to the Clerk of the Court for payment on to the Registry of Unclaimed Funds. Such Funds are subject to withdrawal as provided by 28 U.S.C. 2042.

2. Rather than attempting to collect the Funds- and in an effort to both save the expense of such a collection, as well as to expedite the liquidating of their interest in the Funds- Assignor desires to legally assign his/ her interest in such Funds and Assignee desires to purchase and obtain such interest in the Funds. Therefore, with both parties being of sound mind, and operating in the manner in which they deem to be in their mutual best interest, Assignor shall convey all rights, title and interest that Assignor has in the Funds and the Claim which generated same, and Assignee shall purchase all rights, title and interest that Assignor has in the funds and such Claim as generated same.

3. For Good and valuable consideration, the Assignor does hereby irrevocably transfer and assign to Assignee and assigns, all of his/ her rights, title and interest to Assignee in reference to this Claim/ Funds.

4. **Consideration**: The consideration herein given by Assignee to Assignor shall be the sum of $[redacted] which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount 14 days after the claim has been approved.

5. This assignment shall be deemed an absolute and unconditional assignment of Claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Assignor hereby irrevocably appoints Assignee, Adams & Cohen, LLC, as its true and lawful attorney-in-fact to act in Assignor's stead with respect to the Claim/ Funds assigned.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEHEOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the above Date of this Agreement.

ASSIGNOR: Lucille Marie Baker      ASSIGNEE: Jairo Camargo for Adams & Cohen, LLC

Signature: Lucille Marie Baker.      Signature: Jairo Camargo

On this 19Th day of JAN, 2021. I, Jairo Camargo Certify that the preceding or attached document titled __Assignment Agreement__ ( 1 ) Page(s), is a true, accurate, complete redacted copy of the original being kept at 201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131.

Oslenys Alba- Notary Public State of Florida
My Commission expires: May 13, 2023

Oslenys B Alba
Comm. # GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

# ADAMS & COHEN

841 Prudential Drive, Suite 1200  
Jacksonville, FL 32207-1105  
E-mail: admin@adamscohen.com

Tel 904-204-9148  
Fax 888-978-2226

---

## NOTICE OF ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, **Lucille Marie Baker** ("Assignor") hereby sells, assigns, conveys and transfers over and unto Adams & Cohen, LLC ("Assignee"), any and all of right, title and interest in and to the below reference claim/ funds:

The Assigned claim/ funds:

Court:             U.S. Bankruptcy Court Eastern District of Washington  
Case Number:    10-03809-PCW-13  
Debtor(s):         Lucille Marie Baker  
Unclaimed Funds: $9,200.84  
Claim #:            Scheduled  
Assignment Price: $ [redacted]

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Signature: Lucille Marie Baker

On this 19th day of JAN, 2021, I, Jairo Camargo Certify that the preceding or attached document titled Notice of Assignment ( 1 ) Page(s), is a true, accurate, complete Redacted copy of the original being kept at 201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131.

Oslenys Alba-Notary Public State of Florida  
My Commission expires: May 13, 2023

Oslenys B Alba  
Comm. # GG324795  
Expires: May 13, 2023  
Bonded Thru Aaron Notary



A+ Rating    State of Florida License: A9900096      adamscohen.com

# ADAMS & COHEN

841 Prudential Drive, Suite 1200                                           Tel 904-204-9148
Jacksonville, FL 32207                                                       Fax 888-978-2226
E-mail: admin@adamscohen.com

---

## CORPORATE POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I,

       **Jairo Camargo, Managing Partner, and Sole Owner of Adams & Cohen, LLC**, acting on its behalf hereby state that as such, I am authorized to file applications, affidavits and or motions on behalf of **Adams & Cohen, LLC** for our clients who are seeking recovery of unclaimed, undistributed, or undelivered tenders of funds belonging to them held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this _19th_ day of _January_ 2021.

                                                                                           Corporate Seal

By _____
       Jairo Camargo

State/ Providence of __Florida__

       The above-named __Jairo Camargo__ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
                                                  Oslenys B. Alba, Notary Public-State of Florida

                                                                                   Oslenys B Alba
                                                                                   Comm. # GG324795
                                                                                   Expires: May 13, 2023
                                                                                  Bonded Thru Aaron Notary

---

BBB ACCREDITED BUSINESS    **A+ Rating**      State of Florida License: A9900096
adamscohen.com

# BeenVerified.com

Q Start a new search...

## Lucille M Baker

| | |
|---|---|
| Overview | |
| Contact Info | 14 |
| Address History | 12 |
| Relatives | 18 |
| Names & Ancestry | 3 |
| Associates | 4 |
| Neighbors | 2 |
| Criminal & Traffic | 0 |
| Bankruptcies | 0 |
| Jobs & Education | 3 |
| Social Media | 4 |
| Assets | 1 |
| Free Bonus Data | ★ |

☒ Higher Confidence

**9618 E Frederick Ave**
**Spokane, WA 99206**

Is this accurate?
👍 👎

[Search this property]

☒ Higher Confidence

**7321 E Liberty Ave**
**Spokane Valley, WA 99212**

*Previous Address*

Is this accurate?
👍 👎

[Search this property]

**508 W 6th Ave Apt 200**
**Spokane, WA 99204**

Dates seen Aug 1997

Is this accurate?
👍 👎

[Search this property]

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L08000097952

**Entity Name:** ADAMS & COHEN, LLC

**Current Principal Place of Business:**

201 S. BISCAYNE BLVD., SUITE 2800
MIAMI, FL 33131

**Current Mailing Address:**

P.O. BOX 546293
MIAMI BEACH, FL 33154

**FEI Number:** 26-3552751

**Name and Address of Current Registered Agent:**

GORMAN, LENARD H ESQ.
9100 S. DADELAND BLVD.
10TH FLOOR
MIAMI, FL 33156 US

**FILED**
**Jun 23, 2020**
**Secretary of State**
**0024242744CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | LENARD H GORMAN | 06/23/2020 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MGR |
|---|---|
| Name | CAMARGO, JAIRO |
| Address | P.O. BOX 546293 |
| City-State-Zip: | MIAMI BEACH FL 33154 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

| SIGNATURE: JAIRO CAMARGO | MGR | 06/23/2020 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |